**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2**
**Eastern Division**

Gabriel Christopher

                        Plaintiff,

v.                                                      Case No.: 1:16–cv–07122
                                                              Honorable Sara L. Ellis

Finance of America Mortgage, LLC

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 2, 2017:

      MINUTE entry before the Honorable Sara L. Ellis: Motion hearing held on 8/2/2017. Joint motion for court approval of confidential settlement agreement and release [32] is granted. It is hereby ordered that all of Plaintiffs' claims in this lawsuit are dismissed with prejudice, with each party to bear its own fees and costs in accordance with the Settlement Agreement. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.